UTICA,
August, 1823.

MALCOM
v.
ROGERS.

fendants, jointly with the tenant, and we direct a rule accordingly.

Motion granted.(2)

MALCOM, demandant, *against* ROGERS, tenant.(a)

The court will modify an imparlance in a real action, so as to place it at some day in the same term, at which it is granted, instead of the next term, upon motion of the party at whose instance it was granted.

But the circumstance that a tenant has pleaded a dilatory plea, which is demurred to, will not prevent an imparlance to the next term, if prayed for, in order to answer the demurrer.

WRIT OF RIGHT. On the first day of this term, *Gerard*, for the tenant, appeared and pleaded in abatement of the count, a non-joinder of certain persons on the part of the demandant.

*S. M. Hopkins*, for the demandant, prayed a special imparlance to the next term, which was granted. The

(a) Ante, 1, S. C.

next day, he moved to modify his imparlance by contracting it to the 14th day of the present term.  He said that, on examining the plea, he found that he should be ready to answer at an earlier day than he at first supposed.  This, though opposed by Mr. *Gerard*, for the tenant, was granted.

On the 14th day of term, *Hopkins* again appeared for the demandant, and demurred to the plea of the tenant.

*Gerard*, for the tenant, prayed an imparlance to the first day of the next term.  This was opposed by Mr. *Hopkins*, on the ground, that, as the plea was dilatory, the Court would, for the sake of despatch, confine the imparlance to some day in the present term.  But *the Court* granted the

<div style="text-align:center">

Imparlance to the 1st day of the next term.